RIVERSIDE CAPITAL ADVISORS, INC., Plaintiff, and WINCHESTER GLOBAL TRUST COMPANY LIMITED, Respondent, v FIRST SECURED CAPITAL CORP. et al., Appellants, et al., Defendants. THOMAS B. DONOVAN et al., Nonparty Appellants.

Submitted May 22, 2006; decided July 6, 2006

Motion by First Secured Capital Corporation, the Thomas B.

Donovan Family Trust, Thomas B. Donovan and Pamela Donovan for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.